IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



EUGENE H. ASKEW, JR.,

Plaintiff,

v.  Civil Action No. 3:18CV813

MRS. E. CARTER, et al.,

Defendants.

## MEMORANDUM OPINION

Eugene H. Askew, Jr., a former Virginia inmate proceeding pro se and in forma pauperis, filed this 42 U.S.C. § 1983 action. In his Complaint, Askew failed to provide each defendant with fair notice of the facts and legal basis upon which his or her liability rests. Accordingly, by Memorandum Order entered on May 9, 2019, the Court directed Askew to submit a particularized complaint within fourteen (14) days of the date of entry thereof. The Court warned Askew that the failure to submit a particularized complaint would result in the dismissal of the action. Thereafter, by Memorandum Order entered on May 30, 2019, the Court again directed Askew to file a particularized complaint within fourteen (14) days of the date of entry thereof. More than fourteen (14) days have elapsed since the entry of the May 30, 2019 Memorandum Order. Askew failed to submit a particularized complaint or otherwise respond to the Court's orders. Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Askew.

/s/ REP
Robert E. Payne
Senior United States District Judge

Date: August 6, 2019
Richmond, Virginia